UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MUHAMED SAIHOU CEESAY,
A# 070–868–807,

    Petitioner,

v.                                                     4:18cv600–WS/CAS

ACTING ATTORNEY GENERAL
MATTHEW WHITAKER, and
DIRECTOR RONALD D. VITIELLO,

    Respondents.

---

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 14) docketed March 12, 2019. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's release from detention and removal to Gambia. No objections to the report and recommendation have been filed.

Given Petitioner's release from detention and removal, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is

adopted and incorporated by reference in this order of the court.

    2. The government's motion (ECF No. 13) to dismiss is GRANTED.

    3. Petitioner's petition for writ of habeas corpus (doc. ECF No. 1) is DISMISSED as moot.

    4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this __8th__ day of __April__, 2019.

                                        s/ William Stafford          +
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE